IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Barajas, ) | No. CV11-0933-PHX-SRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Bruno M. Stolc, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

    On November 28, 2011 the Magistrate Judge issued an Order directing Plaintiff to "file a motion for default judgment or show cause why this case should not be dismissed for failure to prosecute." Plaintiff did not comply with the November 28, 2011 Order. On December 22, 2011, the Magistrate Judge issued his Report and Recommendation recommending that the Complaint and this action be dismissed without prejudice for failure to prosecute.

    In his Report and Recommendation the Magistrate Judge advised Plaintiff that he had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

    The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court.  (doc. 25).
3   IT IS FURTHER ORDERED that the this case is dismissed without prejudice.
4   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 24th day of February, 2012.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge